IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACQUELINE MAGARGEE, | : Civil Action No. 09-0559 |
| Plaintiff, | : |
| | : Magistrate Judge Amy Reynolds Hay |
| vs. | : |
| CON-WAY FREIGHT, | : |
| | : Electronically Filed |
| Defendant. | : |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, come Plaintiff Jacqueline Magargee, by and through her undersigned counsel, Neal A. Sanders, Esquire, and Dirk D. Beuth, Esquire, and Defendant Con-Way Freight, by and through its undersigned counsel, William A. Gray, Esquire, and file this Joint Stipulation Of Dismissal With Prejudice in the above-captioned case.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by Plaintiff that Defendant be dismissed from this case with prejudice.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICES OF NEAL A. SANDERS | VUONO & GRAY, LLC |
| /s/Neal A. Sanders | /s/William A. Gray |
| Neal A. Sanders, Esquire | William A. Gray, Esquire |
| PA ID NO. 54618 | PA ID NO. 17296 |
| Dirk D. Beuth, Esquire | 310 Grant Street |
| PA ID NO. 76036 | Suite 2310, Grant Building |
| 1924 North Main Street Ext. | Pittsburgh, PA 15219 |
| Butler, PA 16001 | (412) 471-1800 |
| (724) 282-7771 | |
| Counsel for Plaintiff | Counsel for Defendant |
| February 1, 2010 | February 1, 2010 |

SO ORDERED this  1ST  day of February, 2010

_____
Hon. Gary L. Lancaster, Chief U.S. District Judge